United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:13-cr-0253-PJH-1 (KAW) |
| Plaintiff, | DETENTION ORDER |
| v. | |
| TIMATHE RICHARD SOTO, | |
| Defendant. | |

## I. DETENTION ORDER

Defendant Timathe Richard Soto is charged in an Indictment with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) (possession with intent to distribute and distribution of methamphetamine); 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime); and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition); 21 U.S.C. § 852 (drug forfeiture); and 18 U.S.C. § 924(d) (firearm forfeiture). At the May 21, 2013 hearing before this Court, Defendant was in custody and represented by Assistant Federal Public Defender Angela Hansen. Assistant United States Attorney Alexa Summer appeared on behalf of the United States.

Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change. The Court notes that Defendant is subject to a probation hold in Orange County.

## II. CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later

1

hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: May 21, 2013

KANDIS A. WESTMORE
United States Magistrate Judge